U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

ORIGINAL

June 12, 2015   JUN 1 2 2015
Date Submitted   JAMES N. HATTEN, Clerk
By: ᗷ ᗰᗩᑌᗴ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

KENNETH COPELAND

Criminal Complaint

1:15-MJ-490

June 11, 2015
Date of Complaint

## REQUEST FOR INITIAL APPEARANCE – In Local Custody

Kenneth Copeland
(Name)

Fulton County Sheriff's Office
(Institution)

June 12, 2015
(Date Verified)

ATTORNEY FOR DEFENDANT

Katherine I. Terry
Special Assistant United States Attorney