

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN 2 9 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

KENNETH COPELAND

Criminal Action No.
1:15 - MJ - 490

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, Acting United States Attorney, and Katherine Terry, Special Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    - Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Time for Detention Hearing**

    The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: June 29, 2015.

Richard Russell Federal Building
75 Spring Street S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 694-8470

Respectfully submitted,

JOHN A. HORN
Acting United States Attorney

KATHERINE TERRY
Special Assistant United States Attorney
Ga. Bar No. 229887

## Certificate of Service

I served this document today by handing a copy to counsel for the defendant, Kenneth Copeland.

June 29, 2015

_____
KATHERINE I. TERRY
Special Assistant United States Attorney