IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:15-cr-0256-AT-1 |
| : | |
| KENNETH COPELAND, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER REVOKING SUPERVISED RELEASE – JUDGMENT AND COMMITMENT

This matter is before this Court on the probation officer's request to revoke the period of supervised release heretofore granted Defendant on October 24, 2018, for a period of three (3) years. At a revocation hearing held on June 15, 2021, Defendant appeared in person with his attorney, Judy Fleming, and the Court found that Defendant had violated the terms of his supervised release.

After consideration of the evidence and argument submitted, it is **ORDERED AND ADJUDGED** that the supervised release is hereby **REVOKED**. Defendant has been in State and Federal custody since his

arrest on May 13, 2020, in Fulton County on charges that are the basis for the underlying violations in this action**.**  Accordingly, Defendant is sentenced to **TIME SERVED** as to the admitted violations and Defendant is to be immediately remanded to the custody of Fulton County, Georgia for adjudication of his pending State charges. No further period of supervised release is imposed in this case.

It is **ORDERED** that the Clerk serve a copy of this judgment and order revoking supervised release upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

It is so **ORDERED** this 15th day of June, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**